Jack Silver, Esq. SB  #160575
Law Office of Jack Silver
Post Office Box 5469
Jerry Bernhaut, Esq. SB # 206264
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>       Plaintiff,<br>   v.<br><br>OLYMPIAN OIL COMPANY, LLC, et al,<br><br>       Defendants. / | CASE NO.: 4:11-cv-00849 SBA<br><br>**STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT SCHEDULE;  ORDER**<br>**[L.R. 16-2(e)]**<br><br>Case Mgmt. Conf. - June 9, 2011 |

Pursuant to Civil Local Rule 16-2(e), the parties to this action, by and through their respective counsel, hereby stipulate as follows:

This action was filed on February 23, 2011.  The pleadings have been served on named defendants by way of executed Waivers of Service of the Summons. The initial Case Management Conference has been set by the Court for June 9, 2011 (Court Doc #6).  The parties have stipulated that Defendants be granted an extension of time to respond to the Complaint to May 20, 2011 (Court Doc # 8).

The parties have been in active communication with respect to resolution of the dispute which is the subject of these proceedings, including a face-to-face meeting including the parties and their counsel on May 4, 2011.   Defendants have provided Plaintiff with documentation

1 relating to current and ongoing remediation of the sites at issue, and are waiting for the Regional
2 Water Quality Control Board to approve a draft remediation plan for the sites.

3 The parties are unable to move forward with further discussion or efforts to resolve any
4 remaining disputes until the Regional Water Quality Control Board completes its review and
5 issues its findings with regard to Defendants' sites, which findings are not expected to be
6 completed for at least two more months.

7 Therefore, parties believe a continuance of the Case Management Conference, and other
8 deadlines tied to the Case Management Conference date, as well as a further continuance of
9 Defendant's responsive pleading deadline, is appropriate and will not harm or hinder these
10 proceedings in any way.

11 IT IS THEREFORE STIPULATED by and between counsel for Plaintiff and Defendants
12 as follows:

13   a) That the responsive pleadings deadline for Defendants may be further continued
14       to August 3, 2011;
15   b) That the last day to meet and confer re Initial Disclosures, file an ADR
16       Certification and either a Stipulation to ADR Process or Notice of Need for ADR
17       Phone Conference may be extended to September 14, 2011;
18   c) That the last day to file Rule 26(f) Report may be extended to September 28,
19       2011;
20   d) That the Initial Case Management Conference may be continued from June 9,
21       2011 to October 6, 2011 at 3:00 p.m. in Courtroom 1, 4th Floor, via telephone.
22       Plaintiff's counsel to set up the conference call with all the parties on the line
23       and call chambers at (510) 637-3559.

25 Dated: May 9, 2011                    /s/ *Jack Silver*
                                         JACK SILVER
26                                       Attorney for Plaintiff
                                         NORTHERN CALIFORNIA RIVER WATCH

Dated: May 10, 2011            /s/ *Daphne Lin for Bruce D. Prescott*
                               BRUCE D. PRESCOTT
                               Attorney for Defendants
                               OLYMPIAN OIL COMPANY, LLC,
                               OLYMPIAN GULF PROPERTIES, INC.

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED THAT:

a) That the responsive pleadings deadline for Defendants may be further continued to August 3, 2011;

b) That the last day to meet and confer re Initial Disclosures, file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference may be extended to September 14, 2011;

c) That the last day to file Rule 26(f) Report may be extended to September 28, 2011;

d) That the Initial Case Management Conference may be continued from June 9, 2011 to October 6, 2011 at 3:00 p.m. in Courtroom 1, 4th Floor, via telephone. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the

//

1 | //

2 | line and shall call (510) 637-3559 at the above indicated date and time.

3

4

5 | DATED: May 13, 2011

6 | *Sandra B Armstrong*
SANDRA BROWN ARMSTRONG

7 | United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4:11-cv-00849 SBA
STIPULATION RE CONTINUANCE OF CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER    4