```
Jack Silver, Esq. SB #160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH


TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
Bruce D. M. Prescott, Esq.  (CSB #120980)
Daphne C. Lin, Esq.         (CSB #193214)
2201 Walnut Avenue, Suite 200
Fremont, California 94538
Tel. ( 510) 790-0900
Fax. (510) 790-4856

Attorneys for Defendants
OLYMPIAN JOINT VENTURE (erroneously
sued as Olympian Oil Company, LLC) and
OLYMPIAN GULF PROPERTIES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>            Plaintiff,<br>    v.<br><br>OLYMPIAN OIL COMPANY, LLC,<br>et al,<br><br>            Defendants.<br>_____/ | CASE NO.:  3:11-cv-00849 EDL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br>**[FRCP 41(a)(1)(A)(ii)]** |

IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH and defendants, OLYMPIAN JOINT VENTURE (erroneously sued as Olympian Oil Company, LLC) and OLYMPIAN GULF PROPERTIES, INC. by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees.

3:11-cv-00849 EDL
Stipulation for Dismissal With Prejudice; [Proposed] Order [FRCP 41(a)(1)(A)(ii)]                                        1

DATED: _____
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED: 8-10-12   _____
BRUCE D. M. PRESCOTT
Attorney for Defendants
OLYMPIAN JOINT VENTURE (erroneously sued as Olympian Oil Company, LLC) and
OLYMPIAN GULF PROPERTIES, INC.

### [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED: _____
ELIZABETH P. LAPORTE
UNITED STATES MAGISTRATE JUDGE

DATED: 8-10-2012  _____
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED:  _____
BRUCE D. M. PRESCOTT
Attorney for Defendants
OLYMPIAN JOINT VENTURE (erroneously
sued as Olympian Oil Company, LLC) and
OLYMPIAN GULF PROPERTIES, INC.

## [~~PROPOSED~~] ORDER

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED:   August 13, 2012  _____
ELIZABETH P. LAPORTE
UNITED STATES MAGISTRATE JUDGE

3:11-cv-00849 EDL
Stipulation for Dismissal With Prejudice; [Proposed] Order [FRCP 41(a)(1)(A)(ii)]   2